[Dkt. Ent. 32]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE ESTATE OF JERAME CAMERON REID, et al., | Civil No. 15-01831 RMB/AMD |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF BRIDGETON, et al., | |
| Defendants. | |

The motion to dismiss filed by Defendant Cumberland County Prosecutor Jennifer Webb-Mcrae [Dkt. Ent. 32] is ADMINISTRATIVELY TERMINATED, without prejudice, for failure to follow Rule I.A of this Court's Individual Rules and Procedures [see Dkt. Ent. Dated March 11, 2015]. The Court further notes that Defendant's motion to dismiss the Complaint would appear to be moot in light of the contemporaneous filing of an amended complaint. [See Dkt. Ent. 33.]

/s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge

Dated: May 28, 2015