THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Estate of Jerame Cameron Reid, by and through the Co-Administratrix for the Estate, Lawanda Reid and Sheila Reid, Lawanda Reid Individually, and Ashley Benitez Individually and as mother and natural guardian for Cameron Reid, a minor, <br><br> vs. <br><br> City of Bridgeton, Braheme L. Days (individually), Roger W. Worley (individually), Mark W. Ott (individually), Jennifer Webb-McRae (individually and officially), Elle Honig (individually and officially), John J. Hoffman (individually and officially), John Does / Jane Does 1-50 (fictitious individuals) (individually and officially) and ABC Entities 1-50 (fictitious entities), <br><br> Defendants. | Civil Action No.: <br><br> 1:15-cv-01831-RMB-AMD <br> 1:15-cv-07611-RMB-AMD |

CONSENT ORDER
FOR DISCOVERY AND MEDIATION

The Court finding good cause and all parties consenting to the discovery order scheduling deadlines;

IT IS ON THE 26th day of JANUARY, 2016 HEREBY ORDERED:

(1) Plaintiffs are hereby granted leave to file a Joint Amended Complaint involving all the claims of the parties and both Plaintiffs' counsel shall be listed as co-counsel for the Estate of Jerame Reid and individually for their own clients;

(2) The Defendants consent to the filing of the Amended Complaint, however, reserve all defenses available to them as of this filing;

(3) The Amended Complaint shall be filed under Docket No.: 1:15-cv-01831. The Court will be dismissing the Complaint under Docket No.: 1:15-cv-07611 since the matters are combined into one Complaint;

(4) The State defendants hereby reserve their rights to file new motions to dismiss as previously filed;

(5) The Defendants shall answer the Amended Complaint in accordance with the timeframe provided by the Rules of Court;

(6) The Parties hereby agree to proceed with limited discovery on the issue of damages only;

(7) Depositions and Experts' Reports shall be exchanged between the Parties on the issue of damages only;

(8) The case will be subject to a Mediation with Judge Joel B. Rosen in March 2016;

(9) In the event the matter is not resolved at the Mediation, a Management Conference shall be scheduled and full discovery will commence with regard to all remaining damages issues as well as all issues of liability.

THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER *FED. R. CIV. P. 16(F)*.

_____
ANN MARIE DONIO,
U.S. Magistrate Judge